IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUN 0 9 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| WHITNEY NATIONAL BANK | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-04-2220 |
| | § | |
| AIR AMBULANCE BY B&C FLIGHT | § | |
| MANAGEMENT, INC.; B&C FLIGHT | § | |
| MGMT., INC.; AND ROY G. HORRIDGE | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR ISSUANCE OF WRIT OF SEQUESTRATION

On June __9__, 2004, the application and affidavits of Whitney National Bank ("Plaintiff"), plaintiff in this cause, for issuance of a writ of sequestration were presented ex parte. After considering the pleadings and other papers on file with the Court, the evidence presented and the arguments of counsel, the Court finds and concludes that Plaintiff is entitled to a writ of sequestration as requested for the reason that there is immediate danger that Air Ambulance by B&C Flight Management, Inc., B&C Flight Mgmt., Inc. and Roy G. Horridge, individually ("Defendants") may conceal, dispose of, hide, secret or co-mingle the Aircraft or remove them from Harris County or the State of Texas. The Court further finds and concludes that issuance of a writ without notice to the Defendants or a prior hearing is justified in these circumstances.

IT IS THEREFORE ORDERED that the clerk of this Court shall issue a writ of sequestration concerning each of the Aircraft described on Exhibit 1, which is attached hereto and incorporated herein by reference for all purposes (the Aircraft).

4

The writ must command the United States Marshall to sequester and hold the above-described property found within such Marshall's jurisdiction, and keep it subject to the further Orders of this Court, unless it is replevied in accordance with the provisions of this Order, and applicable law.

IT IS FURTHER ORDERED that this Order not be effective unless and until Plaintiff executes and files with the clerk a bond or cash in lieu of bond, in conformity with the law, in the amount of $ 1,000.00.

IT IS FURTHER ORDERED that Defendants, in order to replevy the property sequestered pursuant to the writ, may file with the officer who levied the writ a bond, in conformity with the law, in the amount of $ 1,000.00.

IT IS FURTHER ORDERED that Plaintiff in order to replevy property sequestered pursuant to the writ, file with the officer who levied the writ a bond, in conformity with the law, in the amount of $ 1,000.00.

Signed this 9th day of June, 2004.

_____
UNITED STATES DISTRICT JUDGE

HOUSTON_1\726519\1
20815-173 06/06/2004