# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Whitney National Bank | H-04-2220 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Air Ambulance by B&C Flight Management, Inc.; B&C Flight Mgmt., Inc. and Roy G. Horridge | Sequestration |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

~~Roy G. Horridge~~ Greg Dukes Houston Aviation Technical Services

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

~~14630 Bramblewood Drive~~, Houston, Harris County, Texas 770~~79~~ 8402 Nelms 61

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen W. Schueler
Winstead Sechrest & Minck P.C.
2400 Bank One Center
910 Travis Street
Houston, Texas 77002

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CLERK, U.S. DISTRICT COURT
RECEIVED DOCKET SECTION
HOUSTON, TEXAS
SOUTHERN DISTRICT OF TEXAS

JUN 1 6 2004

AM 7,8,9,10,11,12,1,2,3,4,5,6 PM

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 713/650-8400

DATE: 6/14/04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 6/17/04 |
|---|---|---|---|---|
| 1 | | | DP | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Houston Aviation Technical Services Greg Dukes, Shop Foreman

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): Same

Date of Service: 6/15/04   Time: 11:20 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 180.00 | 11.25 | | 191.25 | 300.00 | | |

**REMARKS:**

Atty Stephen Schuler advised not necessary for me to serve Roy Hortidge. Advised me to serve, Greg Dukes of Houston Aviation Technical Services.

They will store Engine Serial #211057A stored at 8710 Travelair, Houston, Tx 77061, Served Sequestration order seizing engine. See USM form 102

9

PRIOR EDITIONS    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)



UNITED STATES MARSHALS SERVICE

Southern DISTRICT OF Texas

## SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address): 8402 Nelms Houston, TX 77061

CASE NO.: H-04-2220

CASE TITLE: Whitney National Bank vrs B&C Flight

SUBJECT (Name, address): Management Inc, B&C Flight Management, Inc and Roy G. Horrible

| ITEM NO. | QTY | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 6 | ADMIN ____ CIVIL X CRIMINAL ____<br>AIRCRAFT MAKE: Learjets and Engines<br>MODEL: X<br>SERIAL NO.: X  See Attached Table 1<br>TAIL NO.: X<br>FLYABLE? X<br>LOCATION OF LOG BOOKS: 8402 Nelms Suite 212 Houston, TX 77061<br>SUBSTITUTE CUSTODIAN: Winstead, Sechrest & Minick PC<br>AND/OR Whitney National Bank<br>Stored at Raytheon Aircraft Services | 8402 Nelms Houston, TX 77062 |
| 2 | 8 | | Engine Serial #211057A Stored At Houston Aviation Technical Service 8710 Travela Houston, TX 779_ |

I certify that I have received and hold myself accountable for the articles listed above:

NAME & TITLE (Typed or printed): David Pyka DUSM
AGENCY: U.S. Marshals
DATE: 6/15/04
SIGNATURE: [signed]

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 & 2 | 6/15/04 | NAME & AGENCY: David Pyka USMS<br>SIGNATURE: [signed] | NAME & AGENCY: Winstead<br>SIGNATURE: [signed] | Custody |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |