**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
ENTERED

JUL 1 3 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| WHITNEY NATIONAL BANK | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-04-2220 |
| | § | |
| AIR AMBULANCE BY B&C FLIGHT | § | |
| MANAGEMENT, INC.; B&C FLIGHT | § | |
| MGMT., INC.; AND ROY G.  HORRIDGE | § | |
| | § | |
| **Defendants.** | § | |

## ATTACHMENT ORDER

On this day, the Court considered Plaintiff Whitney National Bank's Ex Parte Application

for Issuance of a Prejudgment Writ of Attachment.  After considering the Application and the

pleadings on file with this Court, this Court finds and concludes that Plaintiff is entitled to a Writ

of Attachment on the following automobiles:

> 2002 Chevrolet Cavalier
> VIN #: 1G1JF524X27367538
> Tag: R05LWK
> Owner: Roy G. Horridge
>
> 2002 Cadillac Eldorado
> VIN #: 1G6EL12Y32B105101
> Tag: P78HLJ
> Owner: Roy G. Horridge
>
> 2002 Cadillac Eldorado
> VIN #: 1G6EL12Y72B103707
> Tag: P87HMK
> Owner: Roy G. Horridge
>
> 2003 Cadillac Deville
> VIN #: 1G6KD54Y03U191137
> Tag: S17XCF
> Owner: Roy G. Horridge



2003 Cadillac Deville
VIN #: 1G6KD54YX3U191145
Tag: S16XCF
Owner: Roy G. Horridge

1988 Cadillac Deville
VIN #: 1G6CD1151J4247736
Tag: G55PNX
Owner: Roy G. Horridge

Furthermore, this Court finds and concludes that Plaintiff is entitled to a Writ of Attachment on the following securities, and that upon request by the United States Marshall, Defendants must produce any such stock certificates in their possession so that they may be attached:

**Medical Express International, Inc.**
Arizona Corporation
1,999,500 shares listed

**Business & Commercial Aviation Consultants**
2,500 shares listed

**B&C Flight Management, Inc.**
Nevada Corporation

**B&C Flight Mgmt, Inc.**
Nevada Corporation

**Air Ambulance by B&C Flight Management, Inc.**
Nevada Corporation

**Nations Air Ambulance, Inc.**
2,500 shares listed

**Twin City Leasing Corp.**
2,500 shares listed

**Medical Express Arizona, Inc.**
2,500 shares listed

Furthermore, this Court finds and concludes that Plaintiff is entitled to a Writ of Attachment on the following aircraft:

2

| | |
|---|---|
| N-Number | N604AS |
| Serial Number | 292 |
| Manufacturer Name | GATES LEARJET |
| Model | 25D |
| Type Aircraft | Fixed Wing Multi-Engine |
| Registered Owner | B & C Flight Mgmt. Inc. |

| | |
|---|---|
| N-Number | N70PD |
| Serial Number | 421B0562 |
| Manufacturer Name | CESSNA |
| Model | 421B |
| Type Aircraft | Fixed Wing Multi-Engine |
| Registered Owner | B & C Flight Mgmt. Inc. |

| | |
|---|---|
| N-Number | N198JA |
| Serial Number | 198 |
| Manufacturer Name | GATES LEAR JET |
| Model | 25B |
| Type Aircraft | Fixed Wing Multi-Engine |
| Registered Owner | B & C Flight Mgmt. Inc. |

| | |
|---|---|
| N-Number | N6834C |
| Serial Number | 421C0476 |
| Manufacturer Name | CESSNA |
| Model | 421C |
| Type Aircraft | Fixed Wing Multi-Engine |
| Registered Owner | B & C Flight Mgmt. Inc. |

| | |
|---|---|
| N-Number | N811DA |
| Serial Number | 42-8001029 |
| Manufacturer Name | PIPER |
| Model | PA-42 |
| Registered Owner | B & C Flight Mgmt. Inc. |

The Court finds that Plaintiff is entitled to the Writ because Defendants Air Ambulance by B&C Flight Management, Inc., B&C Flight Mgmt., Inc. and Roy G. Horridge are justly indebted to Plaintiff, that Plaintiff does not seek the Writ for purposes of injuring or harassing Air Ambulance by B&C Flight Management, Inc., B&C Flight Mgmt., Inc. and Roy G. Horridge, that Plaintiff will probably lose their debt if the Writ is not issued and that Air

3

Ambulance by B&C Flight Management, Inc., B&C Flight Mgmt., Inc. and Roy G. Horridge are about to dispose of the above-described property with the intent to defraud Plaintiff.  It is, therefore,

ORDERED that the Clerk shall issue Writs of Attachment for the above-referenced properties.  It is further

ORDERED that the maximum value of property or indebtedness that may be attached is $5,739,702.21.  It is further

ORDERED that the Writ shall not be effective until and unless Plaintiff executes and file with the Clerk an attachment bond, in conformity with the law, in the amount of $ _5, 000_ .

Signed on this 13th day of July, 2004.

_____
UNITED STATES DISTRICT JUDGE