**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WHITNEY NATIONAL BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-04-2220 |
| | § | |
| AIR AMBULANCE BY B&C FLIGHT | § | |
| MANAGEMENT INC. *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON HORRIDGE'S MOTION FOR CONTINUANCE
AND WHITNEY BANK'S REQUEST FOR RULING**

The defendant, Roy Horridge, moved on March 2, 2007 for a sixty-day continuance before this case is tried to allow him to locate and review additional documents that were gathered in a criminal case against him. (Docket Entry No. 157). The plaintiff, Whitney National Bank, opposes the motion but also asks this court for a ruling on its partial summary judgment motion, as well as its motion to exclude certain testimony. (Docket Entry No. 159).

Thirty days have already passed since Horridge asked for a sixty-day continuance. This court agrees with Whitney Bank that it is appropriate to rule on the partial summary judgment motion before conducting the trial. Accordingly, the request for continuance is effectively granted and Whitney Bank's request for ruling is also granted. A status conference is set for **April 27, 2007, at 9:00 a.m.** By that date, Horridge should have had

ample opportunity to review the documents and this court should have had sufficient time to rule on the pending motions.

   SIGNED on March 26, 2007, at Houston, Texas.

                _____
                   Lee H. Rosenthal
                United States District Judge